

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

Nos. 06-15-00230-CR,
06-15-00232-CR, 06-16-00023-CR,
& 06-16-00026, CR

---

DONYELLE REEL, Appellant
V.
THE STATE OF TEXAS, Appellee

BENNIE RAY GREEN, Appellant
V.
THE STATE OF TEXAS, Appellee

JOEY HUDDLESTON, Appellant
V.
THE STATE OF TEXAS, Appellee

BRYAN KEITH ROBERTS, Appellant
V.
THE STATE OF TEXAS, Appellee

---

On Appeal from the 124th & 188th District Courts
Gregg County, Texas
Trial Court Nos. 44996-A, 44,842-A, 44,921-B, & 45160-A

---

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

There are four separate, unrelated appeals pending before this Court that were presided over by the same trial judge and that were reported, for the most part, by the same official court reporter, Grelyn Freeman. Because these records are all currently due in fairly close proximity to one another and because Ms. Freeman has already indicated in three of the four matters that she is in need of additional time to complete the records, we have determined that it would benefit both the Court and Ms. Freeman for us to enter a scheduling order establishing new filing deadlines for the reporter's records in each of these four matters. The table below lists the four matters by cause number and style, indicates the current due date of the record and then, in the last column, identifies the new filing deadline established by this order.

| CAUSE NUMBER | CASE STYLE | CURRENT DUE DATE | NEW DUE DATE |
|---|---|---|---|
| 06-15-00230-CR | *Donyelle Reel v. The State of Texas* | 04/15/2016 | **05/06/2016** |
| 06-15-00232-CR | *Bennie Ray Green v. The State of Texas* | 04/18/2016 | **05/20/2016** |
| 06-16-00023-CR | *Joey Huddleston v. The State of Texas* | 04/27/2016 | **06/03/2016** |
| 06-16-00026-CR | *Bryan Keith Roberts v. The State of Texas* | 06/23/2016 | **06/23/2016** |

Our goal in entering this scheduling order is to provide Ms. Freeman with additional time in which to complete these records and to obviate the need for additional motions for extensions of time in these matters. While we recognize the possibility that extenuating circumstances could arise, Ms. Freeman is cautioned that only truly extraordinary circumstances will justify further extensions of time in any of these matters.

BY THE COURT

Date:    April 26, 2016